■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL ELLIOTT, Appellant. [616 NYS2d 267] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Erie County Court McCarthy, J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Lawton, Wesley and Doerr, JJ.